**Order entered November 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00188-CV

## IN RE WOODS CAPITAL ENTERPRISES, LLC, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05895-2018**

### ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge to vacate the March 10, 2021 order denying relator's plea to the jurisdiction, grant relator's plea to the jurisdiction, and dismiss the case without prejudice. We further **ORDER** the trial judge to file with this Court **within thirty (30) days of the date of this order**, a certified copy of the order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue.

/s/     CRAIG SMITH
          JUSTICE